HOME LINEN SUPPLIERS, INC., Respondent, v. "JANE" POTTER, Appellant.—

Present — Close, P. J., Hagarty, Carswell and Taylor, JJ.; Lewis, J., not voting.

LOUIS HOFFERMAN, Respondent, v. MAURICE SIMMONS, as Property Clerk of the Police Department of the City of New York, Appellant.—

(*Meyers* v. *Anwal Realty Corp.*, 222 App. Div. 65.) [See 264 App. Div. 884; 264 App. Div. 955.] Present — Close, P. J., Hagarty, Carswell and Taylor, JJ.; Lewis, J., not voting.

HOME LIFE INSURANCE COMPANY, Respondent, v. JACOB RABINOVICH et al., Appellants.—

Present — Close, P. J., Hagarty, Carswell, Taylor and Lewis, JJ.

In the Matter of HAROLD DOUGLAS, Individually and as President of the Uniformed Firemen's Benevolent Association, White Plains, N. Y., Respondent, against THOMAS F. FOLEY, as Commissioner of Public Safety of the City of White Plains, N. Y., Appellant.—

Present — Close, P. J., Hagarty, Carswell, Taylor and Lewis, JJ.

In the Matter of the Will of MORRIS ROTH. JESSE ROTH, Alternate Executor and Trustee of MORRIS ROTH, Deceased, Appellant; MEIER STEINBRINK, Executor and Trustee of MORRIS ROTH, Deceased, et al., Respondents.—

Present — Close, P. J., Hagarty, Carswell and Taylor, JJ.; Lewis, J., not voting.

In the Matter of the Accounting of MATILDA RUPPERT, as Administratrix of the Estate of LOUIS L. RUPPERT, Deceased, Appellant. EMILIA MICHAELS, Respondent.—

Present — Close, P. J., Hagarty, Carswell, Taylor and Lewis, JJ.

In the Matter of MORRIS H. SIEGEL, Appellant, against HAROLD J. CRAWFORD, Justice of the Municipal Court of the City of New York, Respondent. MAE HARDING, Respondent.—

Present — Close, P. J., Hagarty, Carswell, Taylor and Lewis, JJ.

In the Matter of the Accounting of CHARLES ZALEWSKI, as Executor of JOSEPH ZALEWSKI, Deceased, Respondent. FELICJA ZALEWSKI, by the Consul General of the Republic of Poland, Appellant.—

Present — Close, P. J., Hagarty, Carswell, Taylor and Lewis, JJ.

NASSAU SUFFOLK LUMBER & SUPPLY CORPORATION, Appellant, v. PERCY W. BRUCE et al., Respondents, and HENRY M. SMITH, Appellant and Respondent.—

Present — Close, P. J., Hagarty, Carswell, Taylor and Lewis, JJ.

EMILY PAPA et al., Trading under the Name of ALPHA PAPER BOX COMPANY, Respondents, v. MAISTO, INC., Appellant.—

Present — Close, P. J., Hagarty, Carswell and Taylor, JJ.; Lewis, J., not voting.